UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LARRY BENFORD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:08-cv-482-JMS-WGH |
| | ) | |
| JON MARVEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTIONS TO COMPEL**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Defendants' Motion to Compel filed September 28, 2009. (Docket No. 47). Plaintiff's Objection to Defendants' Motion to Compel was filed October 13, 2009. (Docket No. 49). Defendants' Response to Plaintiff's Motion to Compel was filed October 28, 2009. (Docket No. 50). The Magistrate Judge notes this court entered an order at Docket No. 48 granting the Defendants' Motion to Compel, and to clarify that order (since that order issued before the plaintiff filed his response in opposition at Docket No. 49), the Magistrate Judge **ORDERS** the plaintiff to answer Interrogatory Nos. 2, 3, 7, and 8 because they are relevant to issues before the court. In addition, plaintiff is ORDERED to execute releases of medical information for St. Ann's Clinic and Union Hospital because defendants are entitled to obtain information, if any exists, concerning his prior medical condition and past medical condition.

The defendants' Response to plaintiff's Motion to Compel, which is a part of Docket No. 49, has been considered by the court. Although plaintiff believes such a tape exists, the court does not see reference to any such tape in the insurance company's letter attached to the response. Therefore, plaintiff's Motion to Compel the defendants to produce such a tape (Docket No. 49) is at this time **DENIED.**

**SO ORDERED.**

**Dated:** August 11, 2010

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana


**Electronic copies to:**

LARRY BENFORD
1440 N. 23rd Street
Terre Haute, IN  47803

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com